LAFONS'S EX'S.
*vs.*
RIVIERE'S EX'X

The costs of a
suit include all
the      charges
which the law
allows.

*LAFON'S EX'S.* vs. *RIVIERE'S EX'X.*

APPEAL from the court of the first district.

MARTIN, J. delivered the opinion of the
court.   The defendant complains of the judg-
ment of the district court, taxing as a part of
the costs which she is to pay, the compensa-
tion to the experts for valuing the work per-
formed by the plaintiff's testator.

Her counsel urges that this compensation
cannot be considered as a part of the ordinary
costs of the suit; that it is occasioned by the
act of the plaintiff's testator; which induced this
court to deny him any interest, except from
the date of the judgment; the plaintiff should,
therefore, pay at least one half of the expenses,
if not the whole.

It does not appear to us that the district
judge erred in dissallowing the claim of the
defendant and appellee.

The costs of a suit, include all the charges
which the law allows (even when not ascer-
tained by law, but left to be assessed by the
court) to defray the expenses necessary to ar-
rive at a final decision of the suit    Experts
are a kind of witnesses sent by the court, on
the premises, to view the work, and report to the

court, the manner in which it is executed, and its valuation. This compensation constitutes a part of the costs; in the same manner as that of witnesses, whose attendance is required in court. The party, who requires his adversary to administer legal proof of his demand, must pay (if he fail) the costs attending the production of that proof.

It is, therefore, ordered, adjudged and decreed, that, the judgment of the district court be affirmed with costs.

*Hennen* for the plaintiffs, *Seghers* for the defendant.